UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19-mj-03227-JG

UNITED STATES OF AMERICA

v.

JOHN NATHANIEL FERGUSON,

   Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes   _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes   _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
BRIAN G. SATTLER
Special Assistant United States Attorney
Florida Bar No. 124238
99 N.E. 4th Street
Miami, FL 33132
Tel. No. (305) 961-9136
Fax No. (305) 536-4676
E-mail: Brian.Sattler@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOHN NATHANIEL FERGUSON,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No.  1:19-mj-03227-JG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___July 30, 2019___ in the county of ___Miami-Dade___ in the ___Southern___ District of ___Florida, and elsewhere___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(iv) | Encouraging and inducing an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law. |

This criminal complaint is based on these facts:
See attached affadavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Amru Fudl, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: August 1, 2019

_____
Judge's signature

City and state: ___Miami, Florida___   Jonathan Goodman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Amrou A. Fudl, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been so employed since 2013. I am currently assigned to the Human Smuggling Group in the HSI Miami Office where I am responsible for conducting investigations regarding violations of federal laws, particularly those laws found in Titles 8, 18, 19 and 21 of the United States Code. Prior to this assignment, I was a HSI SA in Laredo, Texas, where I conducted investigations as the lead case agent relating to drug smuggling/trafficking, weapons violations, border violence/kidnappings, and human smuggling.

2. This Affidavit is submitted in support of a criminal complaint charging that John Nathaniel FERGUSON ("FERGUSON") did knowingly encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence, is and will be in violation of the law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officers and law enforcement support personnel. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include every fact known to me in connection with this investigation. I have only set forth the facts that I believe are necessary to establish probable cause.

### PROBABLE CAUSE

4. On July 30, 2019, at approximately 3:30 p.m., the United States Coast Guard ("USCG") cutter PAUL CLARK ("PAUL CLARK") encountered the vessel BADA BING in

international waters, approximately 25 nautical miles east of Hollywood, Florida. The BADA BING is registered in the United States and was on a course traveling west from towards Florida. The PAUL CLARK stopped the vessel to conduct an inspection.

5. USCG law enforcement offers contacted the operator of the BADA BING, FERGUSON, via radio. FERGUSON told the USCG law enforcement officers that he was a Bahamian citizen and had five United States citizens onboard the vessel. FERGUSON further stated that the group departed Sunny Isles, Florida that morning and was now heading back.

6. USCG law enforcement officers boarded the BADA BING to conduct an inspection and questioned the five passengers. The USCG law enforcement officers discovered the names and citizenships FERGUSON provided earlier differed from the actual names and citizenships of four of the passengers onboard. Specifically, USCG law enforcement officers determined that three passengers appeared to be Brazilian nationals and one passenger appeared to be a Jamaican national.

7. All persons aboard the BADA BING were transferred to the PAUL CLARK for administrative processing before being brought ashore in the Southern District of Florida at the USCG Base in Miami Beach, Florida. Thereafter, FERGUSON and the passengers were turned over to United States Border Patrol (USBP) and transported to the USBP Station in Dania Beach, Florida, for further investigation. USBP officers conducted an immigration inspection and determined that FERGUSON was a lawful permanent resident of the United States, one passenger was a United States citizen, and four passengers were undocumented aliens (UDAs) without authorization to lawfully enter or remain in the United States.

8. HSI thereafter took over as the lead investigative agency and subsequently responded to USBP Station to interview all the subjects. In a post-*Miranda* interview,

FERGUSON stated he picked up the UDAs in Bimini, The Bahamas. HSI agents also interviewed the UDAs who all admitted to paying a large sum of money to be smuggled into the United States. Furthermore, all of the UDAs positively identified FERGUSON from photo arrays as the individual that was operating the BADA BING.

## CONCLUSION

9. Based upon the foregoing, I respectfully submit that there is probable cause to believe that John Nathaniel FERGUSON did knowingly encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Amrou A. Fudl
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
this 1st day of August, 2019.

Honorable Jonathan Goodman
United States Magistrate Judge

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:19-mj-03227-JG

### BOND RECOMMENDATION

DEFENDANT: JOHN NATHANIEL FERGUSON

$150,000 10% Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
SAUSA: Brian G. Sattler

Last Known Address: _____

What Facility: _____

Agent(s): Amrou Fudl
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
HSI Miami
(956) 251-3147